STATE of Missouri, Plaintiff/Respondent,

v.

Barbara MALONE, Defendant/Appellant.

Barbara MALONE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

Nos. 69601, 70987.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 1997.

Emmett D. Queener, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. General, Jefferson City, for respondent.

Before CRANE, P.J., and GERALD M. SMITH and PUDLOWSKI, JJ.

*ORDER*

PER CURIAM.

Defendant Barbara Malone appeals her conviction, after a jury trial, of stealing, third offense, in violation of §§ 570.030 and 570.040 RSMo 1994 on which she was sentenced to ten years imprisonment. Malone also appeals from a judgment denying on the merits, without an evidentiary hearing, her Rule 29.15 motion. No error of law appears and no jurisprudential purpose would be served by a written opinion.

The judgments are affirmed in accordance with Rules 30.25(b) and 84.16(b).

STATE of Missouri, Plaintiff–
Respondent,

v.

Walter George COLE, Defendant–
Appellant.

No. 69353.

Missouri Court of Appeals,
Eastern District,
Division One.

March 18, 1997.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Christine M. Blegen, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

ORDER

PER CURIAM.

Defendant appeals from his conviction by a jury of one count of second-degree murder, § 565.021.1, RSMo 1994, and one count of armed criminal action, § 571.015, RSMo 1994, for which he was sentenced to consecutive terms of fifteen years' imprisonment and three years' imprisonment respectively. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claims of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 30.25(b).